AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TYSON JACOBS | ) | Case No. 2:20-cr-00608-BRM-1 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TYSON JACOBS                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Violation #1

*TRUE AND CERTIFIED COPY*
*Michael Dixon*
*12:12 pm Jun 12 2025*

Date:   06/12/2025                                             *Michael Dixon*
                                                               *Issuing officer's signature*

City and state:   Newark, New Jersey                           Michael Dixon, Deputy Clerk
                                                               *Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

                                                               _____
                                                               *Arresting officer's signature*

                                                               _____
                                                               *Printed name and title*